# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Shelia B. Laws et al,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                          3:08cv103

Priority Trustee Services of N.C., LLC et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/16/2009 Order.

Signed: March 16, 2009

Frank G. Johns, Clerk
United States District Court